This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**ROBERT D. STRAUTINS; LAURENCE J. and JACQUELINE N. ELLIOT; CRAIG D. and MICHELLE I. MCGREGOR; ROBERT L. and MYRA B. HULL; JOHN J. and MARY ELLEN BURKE; BURT MICHAEL and CINDY PLOTKIN; KLAUS VOIGTLANDER; and JAMES G. FARIS,**

    Plaintiffs-Appellants,

**v.**

**DOMINGO MARTINEZ, Santa Fe County Assessor, et al.,**

    Defendants-Appellees.

No. 32,771 [CONSOLIDATED WITH No. 32,802; No. 32,803; No. 32,804; No. 32,805; No. 32,806; No. 32,807; and No. 32,808]

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Sarah M. Singleton, District Judge**

L. Helen Bennett
Albuquerque, NM

for Appellants

Bridget Jacober
Santa Fe, NM

for Appellees

**MEMORANDUM OPINION**

**BUSTAMANTE, Judge.**

{1}     Summary affirmance was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

{2}     Defendants-Appellees have filed a memorandum in support of the calendar notice proposing summary affirmance of dismissal.

{3}     Affirmed.

{4}     **IT IS SO ORDERED.**


_____
                                    **MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**



_____
**JAMES J. WECHSLER, Judge**



_____
**TIMOTHY L. GARCIA, Judge**